# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RONALD A. SHUGHART,** | : | CIVIL ACTION NO. 1:18-CV-331 |
| **Plaintiff** | : | (Chief Judge Conner) |
| v. | : | |
| **NANCY A. BERRYHILL,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 11th day of June, 2018, upon consideration of Defendant's Unopposed Motion (Doc. 9) to Remand, and any response thereto, it is hereby ORDERED that Defendant's Motion is GRANTED. This case is REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).

        /S/ CHRISTOPHER C. CONNER
        Christopher C. Conner, Chief Judge
        United States District Court
        Middle District of Pennsylvania