**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RONALD A. SHUGHART,** | : | **CIVIL ACTION NO. 1:18-CV-331** |
| | : | |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **NANCY A. BERRYHILL,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 27th day of August, 2018, upon consideration of Plaintiff's Motion (Doc. 12) for Attorney's Fees and Defendant's Response, it is hereby ORDERED that said motion is GRANTED. Plaintiff, Ronald A. Shughart, is awarded Eight Hundred Five dollars and Zero cents ($805.00) in attorney fees under the Equal Access to Justice Act ("EAJA"). The attorney's fees will be paid directly to Plaintiff, Ronald A. Shughart, and sent to the law offices of Plaintiff's counsel, Katherine L. Niven, Esquire. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania